IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN ONEIA,

        Plaintiff,

v.        4:05cv145-WS

1ST NAVY BANK,

        Defendant.

## ORDER OF DISMISSAL

Before the court are the magistrate judge's report and recommendation (doc. 7) and order (doc. 9) docketed June 24, 2005 and July 25, 2005, respectively. The magistrate judge recommends that the case be dismissed for failure to comply with a court order.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. This case is hereby DISMISSED without prejudice for failure to comply with a court order.

3.  The clerk is directed to enter judgment accordingly.

DONE AND ORDERED this August 19, 2005.


    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE